sage
PERSONAL FINANCE

# Certificate of Debtor Education

I certify that on 10/26/2026, Caroline Obrien

completed a course on personal financial management given by Sage Personal Finance, an approved provider of debtor education in the Western District of North Carolina.

Case number: 26-31270

Certificate number: NCW26-312705100768

Signed: /s/ Allison Geving, Ph.D.

Title: President, Sage Personal Finance